**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Budach Implement, Inc.,                                                 Civil No. 05-2202 (DWF/SRN)
a Minnesota corporation,

              Plaintiff,

v.                                                                                 **ORDER**

CNH America LLC, a Delaware
corporation f/k/a Case Corporation,

              Defendant.

___

Ronald K. Gardner, Jr., Esq., Dady & Garner, P.A., counsel for Plaintiff.

Patrick D. Robben, Esq., Raphael T. Wallander, Esq., and Amy M. Moore, Esq., Rider Bennett LLP, counsel for Defendant.

___

Pursuant to a Stipulation of the parties (Doc. No. 16), the Court Orders as follows:

1. Plaintiff's Motion for a Temporary Restraining Order Pending a Preliminary Injunction is hereby deemed **WITHDRAWN**.

2. So long as Defendant CNH America LLC does not attempt to unilaterally terminate the Agricultural Equipment Sales and Service Agreement entered into by Plaintiff and Defendant CNH America LLC on February 16, 1993, (the "Agreement") effective on or before November 29, 2005, Plaintiff shall not be entitled to seek any further injunctive relief to prevent termination of the Agreement.

3. The parties' Stipulation and this Order shall not be deemed to prejudice any rights of Plaintiff to asserts claims for damages as articulated in its Verified Complaint or Defendant's

rights, remedies, claims, and defenses that it may have against Plaintiff and Plaintiff's alleged actions.

    **IT IS SO ORDERED.**

Dated:  October 27, 2005        <u>s/Donovan W. Frank</u>
    DONOVAN W. FRANK
    Judge of United States District Court